IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF BERKELEY and MAYOR AND
MEMBERS OF THE CITY COUNCIL OF
THE CITY OF BERKELEY

    Plaintiffs,

  v.

UNITED STATES POSTAL SERVICE,
PATRICK R. DONAHOE, TOM A.
SAMRA, and DIANA ALVARADO,

    Defendants.

No. C 14-04916 WHA

**ORDER GRANTING
TEMPORARY RESTRAINING
ORDER AND SETTING
HEARING DATE**

Today, plaintiffs City of Berkeley and Mayor and Members of the City Council of the City of Berkeley have filed a motion for a temporary restraining order and preliminary injunction, to enjoin defendants United States Postal Service, Patrick R. Donahoe, Tom A. Samra, and Diana Alvarado from completing a sale of the Berkeley Post Office. According to that motion, "the City believes that USPS will attempt to convey the Post Office property at any moment," even though USPS reportedly has not performed the reviews required by the National Historic Preservation Act or the National Environmental Policy Act (Br. 1).

This order hereby **ENJOINS** the named defendants from completing the sale of the Berkeley Post Office until a hearing on the motion for preliminary injunction can be conducted. Plaintiffs must post a bond in the amount of $5,000 and serve all named defendants with the complaint, summons, and all papers (including this order) by **10:00 AM ON NOVEMBER 6, 2014**. The hearing on the motion for preliminary injunction will take place at **8:00 AM ON NOVEMBER**

**10, 2014**. The defense's opposition to that motion is due by **12:00 PM ON NOVEMBER 7, 2014**. No replies, please.

**IT IS SO ORDERED.**

Dated: November 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE