IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF BERKELEY, and MAYOR AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF BERKELEY,

Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, PATRICK R. DONAHOE, TOM A. SAMRA, and DIANA ALVARADO,

Defendants.

No. C 14-04916 WHA

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND TIME**

The parties stipulated to change several deadlines set forth in the November 5 order. Because defendants declare that the sale of the Berkeley Post Office will not close before December 17, 2014, the stipulation is **GRANTED IN PART AND DENIED IN PART**.

Defendants' opposition to plaintiffs' motion for preliminary injunction is due by **10:00 AM ON NOVEMBER 25, 2014**. Plaintiffs' reply thereto must be filed by **10:00 AM ON DECEMBER 2, 2014**. The hearing on plaintiffs' motion for preliminary injunction is set for **8:00 AM ON DECEMBER 11, 2014**. In addition, defendants have consented to an extension of the temporary restraining order until **DECEMBER 17, 2014**.

**IT IS SO ORDERED.**

Dated: November 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE