IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BERKELEY, and MAYOR AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF BERKELEY,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, PATRICK R. DONAHOE, TOM A. SAMRA, and DIANA ALVARADO,<br><br>    Defendants.<br>_____/ | No. C 14-04916 WHA<br><br>**REQUEST FOR INFORMATION** |

The problem with counsel's proposed stipulation (Dkt. No. 19) rearranging the hearing date is that it will give the judge two days less time to review the record and briefs. Therefore, before acting on the pending request, the judge poses the following questions:

    (1) Which plaintiffs' counsel would be attending the Las Vegas event?

    (2) Why can't other plaintiffs' counsel conduct the hearing in our case?

Please respond by **12 P.M. TODAY, NOVEMBER 18, 2014**.

**IT IS SO ORDERED.**

Dated: November 18, 2014.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE