ZACH COWAN, City Attorney (SBN 96372)
ZCowan@cityofberkeley.info
CITY OF BERKELEY
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6998
FAX: (510) 981-6960

ANTONIO ROSSMANN, Special Counsel (SBN 51471)
ROGER B. MOORE (SBN 159992)
AR@landwater.com
RBM@landwater.com
ROSSMANN AND MOORE, LLP
2014 Shattuck Avenue
Berkeley, CA 94704
TEL: (510) 548-1401
FAX: (510) 548-1402

Attorneys for Plaintiffs
CITY OF BERKELEY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BERKELEY; MAYOR AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF BERKELEY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; PATRICK R. DONAHOE AS POSTMATER GENERAL OF THE UNITED STATES POSTAL SERVICE; TOM A. SAMRA, VICE PRESIDENT-FACILITIES OF THE UNITED STATES POSTAL SERVICE; DIANA ALVARADO, DIRECTOR, REAL ESTATE, USPS PACIFIC REGION;<br><br>Defendants. | NO. CV14-04916 WHA<br><br>RENEWED APPLICATION FOR ENLARGEMENT OF TIME TO FILE REPLY PAPERS IN SUPPORT OF PRELIMINARY INJUNCTION<br><br>~~PROPOSED~~ ORDER<br><br>DATE: December 11, 2014<br>TIME: 8:00 AM<br>JUDGE: Hon. William Alsup<br>COURTROOM: 8 |

Plaintiffs City of Berkeley et al. apply to the Court for an order enlarging the time to file their reply papers in support of preliminary injunction, extending the time from 10:00 AM today, December 2, 2014 to 1:30 PM today, December 2.

1

APPLICATION FOR ENLARGEMENT OF TIME

When the Court issued its order granting in part and denying in part stipulation to extend time, and set the due date for reply of 2 December [Doc.18], plaintiffs' counsel, including lead counsel the undersigned, failed to note the hourly due time of 10:00 AM. Plaintiffs had been preparing their papers with the expectation of filing between 2:00 and 3:00 this afternoon, December 2.

At approximately 10:20 this morning Assistant United States Attorney Erica Hitchings sent the undersigned a message reminding him of the 10:00 AM deadline in the Court's order. For this courtesy plaintiffs and their counsel are deeply grateful.

Having become aware of their error, plaintiffs' counsel accelerated to the greatest degree possible their final preparations, and submitted their filing of the reply memorandum and exhibits and declaration in support by approximately 1:20 this afternoon. To guard against delays in transmission, plaintiffs seek enlargement to the hour of 1:30.

Assistant United States Attorney Erica Hitchings has advised the undersigned that defendants do not oppose the enlargement of time.

Plaintiffs, and their lead counsel in particular, apologize to the Court and to the counsel for defendants for failing to note the deadline hour, and failing to submit their filing by the established deadline of 10:00 AM.

Dated: 2 December 2014         Respectfully submitted,

                               ANTONIO ROSSMANN, Special Counsel (SBN 51471)
                               ROSSMANN AND MOORE, LLP

                               By: _____
                                       Antonio Rossmann

                               Attorneys for Plaintiffs
                               CITY OF BERKELEY, et al

[PROPOSED] ORDER

Good cause appearing from the plaintiffs' application for enlargement of time, and the defendants' non-objection to that enlargement, it is ordered that the plaintiffs' reply brief in support of preliminary injunction, declaration of Zach Cowan, and plaintiffs' exhibits 29 and 30 be filed this date.

Dated: December 3, 2014.

_____

UNITED STATES DISTRICT JUDGE