IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF BERKELEY, and MAYOR AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF BERKELEY,

    Plaintiffs,

  v.

UNITED STATES POSTAL SERVICE, PATRICK R. DONAHOE, TOM A. SAMRA, and DIANA ALVARADO,

    Defendants.
    /

No. C 14-04916 WHA

**ORDER RE WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

On December 5, 2014, the parties filed a joint status report. The parties stipulated that while the USPS had entered into a contract to sell the Berkeley Post Office, the buyer has terminated that agreement.

Given this recent development, the parties have agreed that: (1) plaintiffs will withdraw their motion for a preliminary injunction without prejudice and the TRO issued on November 5, 2014, shall be vacated; (2) defendants have agreed that during the pendency of this lawsuit, they will provide plaintiffs and this Court with at least 45-days notice prior to the closing of any future sale; and (3) defendants shall have until February 4th, 2015, to respond to plaintiffs' complaint.

In addition, plaintiffs request that the Court: (1) order the USPS to release the Hudson McDonald contract that is currently subject to a pending FOIA request; (2) consider the preliminary injunction deemed issued for the purposes of a future petition for attorney's fees; (3)

order the USPS to notify all future prospective buyers of the pending litigation; and (4) keep this case on calendar for the December 11, 2014, hearing to provide the Court an opportunity to confer with the parties regarding the status of the case.

Plaintiffs' request regarding the release of the Hudson McDonald contract is **DENIED**.

Plaintiffs' request to consider the preliminary injunction deemed issued for the purposes of a future petition for attorney's fees is **DENIED**. This denial is without prejudice to a later application for attorney's fees in this case. At this point, the Court will not deem that any motion for a preliminary injunction has been hypothetically granted.

Plaintiffs' request that the Court order the USPS to notify all future prospective buyers of the pending litigation is **DENIED**.

The November 5, 2014, TRO is hereby **VACATED**.

Plaintiffs' motion for a preliminary injunction is **DENIED AS MOOT** and is hereby **WITHDRAWN**.

The **DECEMBER 11, 2014**, hearing date will remain. The parties shall appear to discuss whether this case is now moot and should be dismissed.

**IT IS SO ORDERED.**

Dated: December 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2