IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BERKELEY, and MAYOR AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF BERKELEY,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, PATRICK R. DONAHOE, TOM A. SAMRA, and DIANA ALVARADO,<br><br>    Defendants.<br>_____/ | No. C 14-04916 WHA<br><br>**AMENDED SCHEDULING ORDER** |

As stated at the hearing on December 11, 2014, plaintiffs shall file an amended complaint by **DECEMBER 31, 2014**. Defendants shall then have until **JANUARY 8, 2015**, to submit a motion to dismiss that complaint, noticed on the normal 35–day calendar.

**IT IS SO ORDERED.**

Dated: December 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE