SAM HIRSCH
Acting Assistant Attorney General
United States Department of Justice
Environmental & Natural Resources Division

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ERICA BLACHMAN HITCHINGS (MABN 669825)
SARA WINSLOW (DCBN 457643)
Assistant United States Attorneys

KENNETH ROONEY (NMBN 128670)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Telephone: 202.514.9269
Fax: 202.305.0506
Kenneth.rooney@usdoj.gov

Attorneys for Federal Defendants


ZACH COWAN, City Attorney (SBN 96372)
ZCowan@cityofberkeley.info
CITY OF BERKELEY
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:   (510) 981-6998
FAX:   (510) 981-6960

ANTONIO ROSSMANN, Special Counsel (SBN 51471)
ROGER B. MOORE (SBN 159992)
AR@landwater.com
RBM@landwater.com
ROSSMANN AND MOORE, LLP
2014 Shattuck Avenue
Berkeley, CA 94704
TEL:   (510) 548-1401
FAX:   (510) 548-1402

Attorneys for Plaintiffs
CITY OF BERKELEY, et al.

Joint Stipulation Extending Time for Defendants' Response
To Plaintiffs' Amended Complaint and Modifying
Briefing Schedule
Case No.: CV-14-04916 WHA

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF BERKELEY; MAYOR AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF BERKELEY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE; ESTATE, Service PACIFIC REGION, <br><br> Defendants. | Case No.: CV-14-04916 WHA <br><br> **JOINT STIPULATION REQUESTING EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT AND MODIFYING BRIEFING SCHEDULE** |

Subject to the Court's approval, the Parties stipulate as follows:

WHEREAS, on November 5, 2014, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief (ECF No. 1) and a motion for a temporary restraining order and preliminary injunction (ECF No. 3), to enjoin named Federal Defendants from completing a sale of the Berkeley Post Office, located at 2000 Allston Way, Berkeley, California.

WHEREAS, on November 5, 2014, this Court granted Plaintiffs' request for a Temporary Restraining Order, enjoining Defendants from completing the sale of the Berkeley Post Office until a hearing on the motion for preliminary injunction could be conducted. This Court further extended the temporary restraining order until December 17, 2015, upon a Joint Stipulation filed by the parties that provided the closing deadline would not occur until December 22, 2014, that the Postal Service would not seek to close the sale until at least December 17, and that the Postal Service agreed to an extension of the temporary restraining order. *See* ECF No. 18.

WHEREAS, on December 5, 2014, the Parties provided this Court with notification of

Joint Stipulation Extending Time for Defendants' Response
To Plaintiffs' Amended Complaint and Modifying
Briefing Schedule
Case No.: CV-14-04916 WHA

2

the buyer's decision to terminate the purchase and sale agreement and of the Parties' agreement to: withdraw the preliminary injunction, that the Postal Service provide Plaintiffs and this Court with 45-days' notice prior to the closing of any future sale, and that the Defendants have until February 4, 2015, to respond to Plaintiffs' Complaint.  ECF No. 38.

WHEREAS, upon receiving the Parties' notification, this Court vacated the temporary restraining order, denied Plaintiffs' preliminary injunction as moot and withdrawn, and requested that the parties appear on December 11, 2014, to discuss whether the case is moot and should be dismissed.  ECF No. 39.

WHEREAS, as stated at the hearing on December 11, 2014, and ordered in this Court's Amended Scheduling Order, Plaintiffs shall file an amended complaint by December 31, 2014, and Defendants shall then have until January 8, 2015, to submit a motion to dismiss or other response.  ECF No. 41.

WHEREAS, undersigned counsel for Federal Defendants requests an additional fourteen days to file a response to Plaintiffs' amended complaint, up to and including January 22, 2015.

WHEREAS, an extension of an additional fourteen days is a shorter time period than the previous agreement reached between the parties that would have set February 4, 2015, as a deadline for Defendants' responsive pleading to the original complaint.

WHEREAS, an additional fourteen days will allow the Federal Defendants to prepare a comprehensive and well-organized responsive pleading.  It will also ensure that Federal Defendants have adequate time to complete the internal review process within the Department of Justice and the United States Postal Service.

WHEREAS, the Parties also agree to a stipulation that provides one additional week beyond the time allowed in Civil L.R. 7.3 for Plaintiffs' response and Defendants' reply: Plaintiffs' response to Defendants' responsive pleading would be due February 12, Defendants' reply due February 26, and the hearing on any motion to dismiss filed by Defendants, as well as the case management conference, continued to March 19, 2015.

Joint Stipulation Extending Time for Defendants' Response
To Plaintiffs' Amended Complaint and Modifying
Briefing Schedule
Case No.: CV-14-04916 WHA

3

1    WHEREAS, the requested extension takes into account the complex nature of the

2    briefing involved (*see* Commentary to Civil L.R. 7-2, 7-3), and also takes into account Plaintiffs'

3    counsel's travel to Osaka, Japan from March 5 through March 11 for a water law conference.

4    WHEREAS, the requested extension will not unduly delay the proceedings in this matter.

5    NOW, THEREFORE, pursuant to Civil L.R. 6-2, and subject to the Court's approval, the

6    Parties hereby stipulate that the time for Defendants to respond to the Amended Complaint in

7    this matter shall be extended until and including January 22, 2015.

8    DATED: December 24, 2014                Respectfully submitted,
                                             SAM HIRSCH
9                                            Acting Assistant Attorney General
                                             Environmental & Natural Resources Division
10

11                                           MELINDA HAAG
                                             United States Attorney
12

13                                           By:/s/ Kenneth Rooney

14                                           KENNETH ROONEY (NMBN 128670)
                                             Trial Attorney[1]
15                                           Natural Resources Section

16                                           ERICA BLACHMAN HITCHINGS
                                             SARA WINSLOW (DCBN 457643)
17                                           Assistant United States Attorneys

18                                           *Attorneys for Federal Defendants*

19
                                             By: ___/s/ Antonio Rossmann_____
20                                           ANTONIO ROSSMANN
                                             Special Counsel (SBN 51471)
21                                           ROGER B. MOORE (SBN 51471)
                                             ROSSMANN AND MOORE, LLP
22

23                                           *Attorneys for Plaintiffs*

24

25

26    _____
      [1]     I, Kenneth Dean Rooney, hereby attest that I obtained the concurrence in the filing of this
      document of all signatories whose signatures are represented by /s/.
27
      Joint Stipulation Extending Time for Defendants' Response
28    To Plaintiffs' Amended Complaint and Modifying
      Briefing Schedule
      Case No.: CV-14-04916 WHA
                                             4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants shall have until January 22, 2015, to respond to Plaintiffs' amended complaint.  Plaintiffs' response to Defendants' responsive pleading is due February 12, and Defendants' reply is due February 26.  The hearing on any motion to dismiss filed by Defendants, as well as the case management conference, are hereby continued to March 19, 2015, at  8:00   a.m.

Date:  December 29, 2014.                    _____

HONORABLE WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE

Joint Stipulation Extending Time for Defendants' Response
To Plaintiffs' Amended Complaint and Modifying
Briefing Schedule
Case No.: CV-14-04916 WHA