IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BERKELEY, MAYOR, AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF BERKELEY,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, PATRICK R. DONAHOE, TOM A. SAMRA, AND DIANA ALVARADO,<br><br>  Defendants. | No. C 14-04916 WHA<br>No. C 14-05179 WHA<br><br>**JUDGMENT** |
| NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE; ESTATE, SERVICE PACIFIC REGION,<br><br>  Defendants. / | |

For the reasons stated in the accompanying order, plaintiffs' cases are **DISMISSED AS MOOT**, without prejudice to the filing of a new lawsuit when plaintiffs have suffered a cognizable injury.  The Clerk **SHALL CLOSE THE FILES**.

**IT IS SO ORDERED.**

Dated: April 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE