IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF BERKELEY, MAYOR, AND MEMBERS OF THE CITY COUNCIL OF THE CITY OF BERKELEY,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, PATRICK R. DONAHOE, TOM A. SAMRA, AND DIANA ALVARADO,<br><br>   Defendants.<br><hr><br>NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE; ESTATE, SERVICE PACIFIC REGION,<br><br>   Defendants. | No. C 14-04916 WHA<br>No. C 14-05179 WHA<br><br>**RETENTION OF JURISDICTION** |

   As a follow up to yesterday's order dismissing this case as moot, the Court shall retain jurisdiction to enforce the 42-day notice provision until **APRIL 16, 2020.**

   **IT IS SO ORDERED.**

Dated: April 16, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE